IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MICHAEL L. DOUGLAS                                                              PETITIONER

v.                                          Civil No. 1:14-CV-1053

RAY HOBBS, Director,
Arkansas Department of Corrections                                              RESPONDENT

**ORDER**

    Before the Court is the Report and Recommendation filed April 21, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Bryant recommends that Plaintiff's Petition for Writ of Habeas Corpus be dismissed. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 19th day of May, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge